IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-30966
Summary Calendar

_____


WILLIAM DICKERSON,

Petitioner-Appellant,

versus

BURL CAIN, Warden,
Louisiana State Penitentiary,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CV-1379

_____

May 6, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]


William Dickerson, Louisiana prisoner #130818, appeals the denial of his habeas corpus petition, filed pursuant to 28 U.S.C. § 2254. Dickerson argues that the prosecutor improperly prevented a witness from testifying on his behalf in violation of his due process rights.

Dickerson has failed to establish that the state made a plea bargain with a co-defendant witness not to testify, and his claim

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

fails.  See Webb v. Texas, 409 U.S. 95, 98 (1972); United States v. Henricksen, 564 F.2d 197, 198 (5th Cir. 1977).  Thus, Dickerson is not entitled to habeas relief because the adjudication on the merits by the state court did not result in a decision that was contrary to, or involved the unreasonable application of, clearly established federal law, as determined by the Supreme Court of the United States.  See § 2254(d).

A F F I R M E D.